Opinion issued March 4, 2010









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00979-CV

____________


NAWAL AUTOMOTIVE, Appellant


V.


JP MORGAN CHASE BANK, Appellee






On Appeal from the 234th District Court of

Harris County, Texas

Trial Court Cause No. 2008-13096






MEMORANDUM OPINION Appellee, JP Morgan Chase Bank, has filed its motion to dismiss the appeal
because the appeal is moot due to settlement. Appellant, Nawal Automotive, has
agreed to the dismissal of the appeal.

 We grant appellee's motion to dismiss the appeal. We dismiss the appeal. 
Tex. R. App. P. 43.2(f). All other pending motions in this appeal are overruled as
moot. 

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Higley.